| | |
|---|---|
| 1 | James R. Touchstone, SBN 184584 |
| | jrt@jones-mayer.com |
| 2 | Denise Lynch Rocawich, SBN 232792 |
| | dlr@jones-mayer.com |
| 3 | JONES MAYER |
| | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA  92835 |
| | Telephone:  (714) 446-1400 |
| 5 | Facsimile:   (714) 446-1448 |

Attorneys for Defendants,
SHERIFF MATTHEW KENDALL
and COUNTY OF MENDOCINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL JAMES, EUNICE SWEARINGER, STEVE BRITTON, and ROUND VALLEY INDIAN TRIBES, | Case No.: 25CV-03736-RMI |
| | Judge: Hon. Robert M. Illman |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER RE DEFENDANTS SHERIFF KENDALL AND COUNTY OF MENDOCINO'S MOTION TO DISMISS** |
| MATTHEW KENDALL, Sheriff of Mendocino County; COUNTY OF MENDOCINO; WILLIAM HONSAL, Sheriff of Humboldt County; JUSTIN PRYOR, deputy of Humboldt County Sheriff's Office; COUNTY OF HUMBOLDT; SEAN DURYEE, Commissioner of the California Highway Patrol; CALIFORNIA HIGHWAY PATROL; and DOES 1 through 50, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants, Sheriff Kendall and the County of Mendocino's Motion to Dismiss the First Amended Complaint, the Memorandum of Points and Authorities in support thereof, the lack of any Opposition by Plaintiffs, and good cause appearing to the satisfaction of the Court therefrom:

**IT IS HEREBY ORDERED** that:

(1) To the extent the Complaint requests Declaratory and Injunctive Relief, it is dismissed for lack of subject matter jurisdiction;

(2) The Fourth Claim for Relief is dismissed as failing to state facts sufficient to constitute a claim for relief

(3) The Third and Seventh Claims for Relief as against Mendocino County is dismissed because a county cannot be liable under section 1983 on the basis of *respondeat superior* liability

(4) The Third and Seventh Claims for Relief as to Sheriff Kendall in his official capacity is dismissed because Sheriff Kendall is a redundant defendant

(5) The Fifth and Sixth Claims for Relief is dismissed as against Sheriff Kendall in his individual capacity because they fail to state facts sufficient to constitute a claim for relief

(6) The Fifth and Sixth Claims for Relief is dismissed against the County of Mendocino and Sheriff Kendall in his official capacity for failure to allege facts showing compliance with or excuse from the Tort Claims Act

//
//
//
//

(7) The Sixth Claim for Relief is dismissed against the County of Mendocino and Sheriff Kendall in his official capacity for failure to allege a statutory basis for liability

Dated:_____

_____
Hon. Robert M. Illman
UNITED STATES MAGISTRATE JUDGE