DAVID B. DEHNERT (CA BAR NO. 214243)
DEHNERT LAW, PC
475 WASHINGTON BLVD.
MARINA DEL REY, CALIFORNIA 90292
TELEPHONE:  310.822.3222
FACSIMILE:  310.577.5277
EMAIL:  david@dehnertlaw.com

LESTER J. MARSTON (CA BAR NO. 081030 )
LAW OFFICE OF LESTER J. MARSTON
405 WEST PERKINS STREET
UKIAH, CALIFORNIA 95482
TELEPHONE: 707-462-6846
EMAIL: LJMARSTON@RMLAWOFFICE.NET

*ATTORNEYS FOR PLAINTIFFS*
*APRIL JAMES, EUNICE SWEARINGER, STEVE BRITTON*
*AND ROUND VALLEY INDIAN TRIBES*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL JAMES, EUNICE SWEARINGER, STEVE BRITTON, and ROUND VALLEY INDIAN TRIBES,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW KENDALL, Sheriff of Mendocino County; COUNTY OF MENDOCINO; WILLIAM HONSAL, Sheriff of Humboldt County; JUSTIN PRYOR, deputy of Humboldt County Sheriff's Office; COUNTY OF HUMBOLDT; SEAN DURYEE, Commissioner of the California Highway Patrol; CALIFORNIA HIGHWAY PATROL; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:25-cv-03736-RMI<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON**<br><br>Date: October 14, 2025<br>Time: 11:00 a.m.<br>Crtrm: 1<br>Before: Honorable Robert M. Illman |

Joint Stipulation to Extend Time to Respond to Motion to Dismiss and to Schedule Hearing and [Proposed] Order
[Case No. 1:25-cv-03736-RMI]

**1**

The parties, by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. On August 26, 2025, the Clerk issued a notice to all parties, advising the parties that the Court was resetting the hearing on the plaintiffs' motion for partial summary judgment and the defendants' motions to dismiss to October 14, 2025.

2. In light of the new hearing date, the parties desire to establish a briefing schedule for the filing of their opposition and reply briefs to the various pending motions to allow them more time to prepare and finalize their respective briefs prior to the new hearing date.

3. The schedule agreed to by the parties is as follows: (1) Plaintiffs' reply briefs to the defendants 'briefs filed in opposition to the plaintiffs motion for partial summary judgement shall be filed and served on or before September 30, 2025; (2) Plaintiffs' brief in opposition to defendant, Sean Duryee's motion to dismiss the complaint shall be filed and served on or before September 23, 2025; and (3) the defendants' briefs in reply to the plaintiffs' opposition to the defendants' briefs in support of their motions to dismiss shall be filed and served on or before October 7, 2025.

4. The parties agree that the Court can issue an order approving this stipulation, the briefing scheduled contained therein and ordering the parties to carry out the terms of the stipulation.

DATED: August 28, 2025

DEHNERT LAW, PC
LAW OFFICE OF LESTER J. MARSTON

/s/ David Dehnert
DAVID B. DEHNERT
LESTER J. MARSTON
Attorneys for Plaintiffs
*April James, Eunice Swearinger, Steve Britton, and Round Valley Indian Tribes*

DATED: August 28, 2025

JAMES R. TOUCHSTONE
DENISE LYNCH ROCAWICH
Jones Mayer

/s/ Denise Rocawich

Joint Stipulation to Extend Time to Respond to Motion to Dismiss and to Schedule Hearing and [Proposed] Order
[Case No. 1:25-cv-03736-RMI]

2

|  |  |
|---|---|
|  | DENISE LYNCH ROCAWICH<br>Attorneys for Defendants *Matthew Kendall and Mendocino County* |
| DATED: August 28, 2025 | JOEL CAMPBELL-BLAIR,<br>DEPUTY COUNTY COUNSEL |
|  | */s/ Joel Campbell-Blair*<br>JOEL CAMPBELL-BLAIR<br>Attorney for Defendant<br>*Humboldt County* |
| DATED: August 28, 2025 | OFFICE OF THE ATTORNEY GENERAL |
|  | */s/ Harinder Kapur*<br>HARINDER KAPUR<br>SENIOR ASSISTANT ATTORNEY GENERAL<br>Attorneys for Defendants<br>*Sean Duryee and California Highway Patrol* |

**ORDER**

Having read the foregoing stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED**, that:

1. The foregoing stipulation of the parties is hereby approved;

2. Plaintiffs' reply briefs to the defendants' briefs filed in opposition to the plaintiffs' motion for partial summary judgement shall be filed and served on or before September 30, 2025;

3. Plaintiffs' brief in opposition to defendant, Sean Duryee's motion to dismiss the complaint shall be filed and served on or before September 23, 2025, and

4. Defendants' briefs in reply to the plaintiffs' opposition to the defendants, briefs in support of their motions to dismiss the complaint shall be filed and served on or before October 7, 2025.

DATED: August ___, 2025

                                                                       ROBERT M. ILLMAN<br>
                                                                       Magistrate Judge<br>
                                                                       United States District Court – Northern District of California

**CERTIFICATE OF SERVICE**

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California by using the CM/ECF system on August 29, 2025, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on August 29, 2025, at Ukiah, California.

*/s/ Ericka Duncan*
ERICKA DUNCAN