UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, et al., | Case No.  25-cv-03736-RMI |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MATT KENDALL, et al., | |
| Defendants. | |

In an Order on January 29, 2026, this court dismissed with prejudice the first and second claims in Plaintiffs' First Amended Complaint. (Order, Dkt. 64.) Plaintiffs moved for entry of judgment on those claims, and the court granted the motion. (Pls.' Mot., Dkt. 67; Order, Dkt. 84.) Pursuant to Federal Rules of Civil Procedure 54(b) and 58 and in accordance with the court's Order, the court hereby **ENTERS** judgment in favor of Defendants and against Plaintiffs on Plaintiffs' First and Second Causes of Action in the First Amended Complaint, (Dkt. 35).

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California