**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** NORTHERN CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 25-cv-03736-RMI

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: April 29, 2025

Date of judgment or order you are appealing: June 16, 2026

Docket entry number of judgment or order you are appealing: 85

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

April James; Eunice Swearinger; Steve Britton; and Round Valley Indian Tribes

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                        State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Lester J. Marston          **Date** July 13, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

April James; Eunice Swearinger; Steve Britton; and Round Valley Indian Tribes

Name(s) of counsel (if any):

Lester J. Marston

Address: 405 West Perkins Street, Ukiah, CA 95482

Telephone number(s): 707-462-6846

Email(s): ljmarston@rmlawoffice.net

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Matthew Kendall, Sheriff of Mendocino County; County of Mendocino

Name(s) of counsel (if any):

Denise Lynn Rocawich, Attorney for Matthew Kendal and County of Mendocino

Address: 3777 North Harbor Boulevard, Fullerton, CA 92835

Telephone number(s): 714-446-1400

Email(s): dlr@jones-mayer.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

April James; Eunice Swearinger; Steve Britton; and Round Valley Indian Tribes

Name(s) of counsel (if any):

David B. Dehnert

Address: 475 Washington Blvd., Marina Del Rey, CA 90292

Telephone number(s): 310-822-3222

Email(s): David@DehnertLaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes     ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

William Honsal, Sheriff of Humboldt County; Justin Pryor, deputy of Humboldt County Sheriff' s Office; County of Humboldt

Name(s) of counsel (if any):

Joel Campbell-Blair, Attorney for William Honsal, Sheriff of Humboldt County and County of Humboldt

Address: 825 Fifth Street, Ste. 110, Eureka, CA 95501

Telephone number(s): 707-476-2343

Email(s): jcampbell-blair@co.humboldt.ca.us

Name(s) of party/parties:

DOES 1 through 50.

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *2*                              *New 12/01/2018*