DAVID B. DEHNERT (SBN 214243)
DEHNERT LAW, PC
475 WASHINGTON BLVD.
MARINA DEL REY, CALIFORNIA 90292
TELEPHONE: 310.822.3222
FACSIMILE: 310.577.5277
EMAIL: DAVID@DEHNERTLAW.COM

LESTER J. MARSTON (SBN 081030 )
LAW OFFICE OF LESTER J. MARSTON
405 WEST PERKINS STREET
UKIAH, CALIFORNIA 95482
TELEPHONE: 707-462-6846
EMAIL: LJMARSTON@RMLAWOFFICE.NET

*ATTORNEYS FOR PLAINTIFFS*
*APRIL JAMES, EUNICE SWEARINGER, STEVE BRITTON AND ROUND VALLEY INDIAN TRIBES*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL JAMES, EUNICE SWEARINGER, STEVE BRITTON, and ROUND VALLEY INDIAN TRIBES,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**MATTHEW KENDALL, Sheriff of Mendocino County; COUNTY OF MENDOCINO; WILLIAM HONSAL, Sheriff of Humboldt County; JUSTIN PRYOR, deputy of Humboldt County Sheriff's Office; COUNTY OF HUMBOLDT; SEAN DURYEE, Commissioner of the California Highway Patrol; and Does 1 through 50,**<br><br>Defendants. | 1:25-cv-03736-RMI<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

The parties, by and through their undersigned legal counsel, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Sean Duryee, Commissioner of the California Highway Patrol, stipulate to dismiss Commissioner Duryee from this action.

2. While Commissioner Duryee is not named as a defendant in the operative Second Amended Complaint, he is party to the partial judgment of this Court that Plaintiffs have appealed to the Ninth Circuit. *See* ECF No. 84 at 4; ECF Nos. 85, 86.

3. To avoid any doubt as to Commissioner Duryee's status in any possible proceedings on remand from the Ninth Circuit, Plaintiffs and Commissioner Duryee have agreed to stipulate to his dismissal from this action in his official and individual capacities, with prejudice. *See Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

4. Plaintiffs and Commissioner Duryee are concurrently filing a stipulation to dismiss the appeal as to Commissioner Duryee in the Ninth Circuit.

5. All parties who have appeared in this action have signed this stipulation below. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); N.D. Cal. L.R. 7-12.

6. This stipulation effects the dismissal of Commissioner Duryee only; it does not affect Plaintiffs' claims against any other Defendant or the appeal as to any other defendant-appellee, and is not an admission by any party.

7. Plaintiffs and Commissioner Duryee shall each bear their own costs and attorneys' fees with respect to the claims and party dismissed by this stipulation.

**IT IS SO STIPULATED.**

DATED: October 7, 2026

*/s/David B. Dehnert*

DAVID B. DEHNERT
Dehnert Law, PC
LESTER J. MARSTON
Law Office of Lester J. Marston
Attorneys for Plaintiffs
*April James, Eunice Swearinger, Steve Britton, and Round Valley Indian Tribes*

DATED: October 7, 2026

*/s/Harinder Kapur*
ROB BONTA
Attorney General of California

HARINDER KAPUR
Senior Assistant Attorney General
Attorneys for Defendants
*California Highway Patrol and Sean Duryee*

DATED: October 7, 2026

*/s/Denise L. Rocawich*
JAMES R. TOUCHSTONE
DENISE L. ROCAWICH
Attorneys for Defendants
*County of Mendocino and Sheriff Matthew Kendall*

DATED: October 7, 2026

*/s/Joel Campbell-Blair*
JOEL CAMPBELL-BLAIR
Humboldt County Counsel
Attorney for Defendants
*County of Humboldt, Sheriff William Honsal, and Deputy Sheriff Justin Pryor*

Pursuant to Civil Local Rule 5-1, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that: Defendant Sean Duryee, Commissioner of the California Highway Patrol, is dismissed from this Action, with prejudice, in his official and individual capacities.

DATED: October 21, 2026

ROBERT M. ILLMAN
United States District/Magistrate Judge